2024R00563/SN

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. José R. Almonte |
| | : | |
| v. | : | Mag. No. 25-16068 |
| | : | |
| ZIJIE YIN, | : | **CRIMINAL COMPLAINT** |
| LINDA WENXIN WU, and | : | |
| MINGWEN ZHENG | : | |

I, Patrick Buchanan, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

### SEE ATTACHMENT A

I further state that I am a Special Agent with the Department of Homeland Security, Homeland Security Investigations, and that this complaint is based on the following facts:

### SEE ATTACHMENT B

continued on the attached pages and made a part hereof.

/s/ Patrick Buchanan/SN
_____
Patrick Buchanan, Special Agent
Department of Homeland Security
Homeland Security Investigations

Special Agent Buchanan attested to this Affidavit by telephone pursuant to F.R.C.P. 4.1(B)(2)(A) on this 21st day of April, 2025.

/s/ José R. Almonte/SN
_____
Hon. José R. Almonte
United States Magistrate Judge

2024R00563/SN

## ATTACHMENT A

### Count One
(Wire Fraud Conspiracy)

From at least in or around January 2023 through in or around June 2024, in the District of New Jersey, and elsewhere, defendants,

**ZIJIE YIN,
LINDA WENXIN WU, and
MINGWEN ZHENG,**

knowingly and intentionally conspired and agreed with others to devise a scheme and artifice to defraud, and to obtain money and property by means of false and fraudulent pretenses, representations, and promises, and, for the purpose of executing such scheme and artifice to defraud, to transmit and cause to be transmitted by means of wire communications in interstate and foreign commerce certain writings, signs, signals, pictures, and sounds, including a wire communication sent on or about September 7, 2023, from a location in New Jersey to a location outside of New Jersey, contrary to Title 18, United States Code, Section 1343.

In violation of Title 18, United States Code, Section 1349.

- 2 -

**Count Two**
(Smuggling Conspiracy)

From at least in or around January 2023 through in or around June 2024, in the District of New Jersey, and elsewhere, defendants,

**ZIJIE YIN,
LINDA WENXIN WU, and
MINGWEN ZHENG,**

did knowing and willfully combine, conspire, confederate, and agree together, and with each other, to willfully and knowingly and with intent to defraud the United States, did smuggle and clandestinely introduce into the United States merchandise, which should have been invoiced, that is, cigarettes of an approximate value of $18 million, contrary to Title 18, United States Code, Section 545.

In violation of Title 18, United States Code, Section 371.

**ATTACHMENT B**

I, Patrick Buchanan, am a Special Agent of the Department of Homeland Security, Homeland Security Investigations. The information contained in the complaint is based upon my personal knowledge, as well as information obtained from other sources, including: (a) statements made or reported by various witnesses with knowledge of relevant facts; (b) my review of publicly available information; and (c) my review of evidence. Because this complaint is being submitted for a limited purpose, I have not set forth each and every fact that I know concerning this investigation. Where the contents of documents and the actions and statements of others are reported herein, they are reported in substance and in part, except where otherwise indicated. Where I assert that an event took place on a particular date or time, I am asserting that it took place on or about the date or time alleged.

1. At all times relevant to this Complaint:

   a. Zijie Yin, Linda Wenxin Wu, and Mingwen Zheng (the "Conspirators") were residents of Upper Saddle River, New Jersey.

   b. The Conspirators lived together in a single-family home in or around Upper Saddle River, New Jersey (the "Upper Saddle River Address").

   c. Company-1 was a flooring company based in Las Vegas, Nevada.

   d. Company-1's Purported E-mail is an e-mail address purporting to be controlled by Company-1.

   e. Company-2 is a business entity based in Greenbrook, New Jersey and City of Industry, California.

   f. Company-2's Purported E-mail is an e-mail address purporting to be controlled by Company-2.

   g. Company-3 is a trading company based in Brooklyn, New York.

   h. Company-3's Purported E-mail is an e-mail address purporting to be controlled by Company-3.

   i. Company-4 is a corporation based in Fresh Meadows, New York.

   j. Company-4's Purported E-mail is an e-mail address purporting to be controlled by Company-4.

*The Scheme*

2.     The Conspirators impersonated legitimate businesses using false e-mail addresses to import, under false pretenses, millions of contraband cigarettes into the United States.

*The January 2023 Container*

3.     For example, in or around January 2023, a container numbered EITU9356634 (the "January 2023 Container") arrived at the Port of Baltimore. According to customs documents filed for the January 2023 Container, the contents were LED monitors destined for Company-1. The customs documents also listed Company-1's Purported E-mail.

4.     However, inspection by law enforcement revealed that the January 2023 Container did not contain LED monitors, but instead contained approximately 10,150,000 non-manifested Chinese-brand cigarettes.


*Figure 1*


*Figure 2*

5.     Subsequently, the January 2023 Container was transported to a self-storage facility in Brooklyn, New York (the "Brooklyn Facility"). During

surveillance of the Brooklyn Facility, law enforcement saw several people unload cigarettes and place them in storage units rented from the Brooklyn Facility.

6. Moreover, records obtained by law enforcement indicate that at or around the time of this delivery, YIN was in communication with the owner of a trucking company that drove the January 2023 Container from the Port of Baltimore to the Brooklyn Facility.

7. Further, law enforcement obtained information which revealed that Company-1's Purported E-mail was created on or about November 2, 2022, and that an internet protocol ("IP") address associated with the Upper Saddle River Address was used both to create and subsequently access Company-1's Purported E-mail.

8. Law enforcement's investigation revealed that Company-1's Purported E-mail was used to facilitate the importation of the January 2023 Container, by among other things, submitting various forms associated with the January 2023 Container, including original Bills of Lading and other forms used to arrange for the transport of the January 2023 Container from the Port of Baltimore to the Brooklyn Facility. Additionally, Company-1's Purported E-mail was used to pay a customs broker for the importation of the January 2023 Container.

9. However, Company-1 does not use or recognize Company-1's Purported E-mail and had no knowledge the January 2023 Container.

*The March 2023 Container*

10. In or around March 2023, a container numbered MEDU4903790 (the "March 2023 Container") arrived at the Port of Philadelphia. According to customs documents filed for the March 2023 Container, the contents were LED monitors destined for Company-2. The customs documents also listed Company-2's Purported E-mail.

11. However, inspection by law enforcement revealed that the March 2023 Container did not contain LED monitors, but instead was contained approximately 9,500,00 non-manifested Chinese-brand cigarettes.



*Figure 3*



*Figure 4*

12.    Subsequently, the March 2023 Container was transported to the Brooklyn Facility. During surveillance of the Brooklyn Facility, law enforcement saw several people unload cigarettes and place them in storage units rented from the Brooklyn Facility.

13.    Company-2's Purported E-mail was created on or about November 11, 2022, and like Company-1's Purported E-mail, utilized that an IP address associated with the Upper Saddle River Address to both create and subsequently access Company-2's Purported E-mail.

14.    However, Company-2 does not use or recognize Company-2's Purported E-mail and had no knowledge the March 2023 Container.

*The August 2023 Container 1*

15. In or around August 2023, a container numbered WHLU5687246 (the "August 2023 Container 1") arrived at the Port of Newark. According to customs documents filed for the August 2023 Container, the contents were LED monitors destined for Company-2 and listed Company-2's Purported E-mail.

16. However, inspection by law enforcement revealed that the August 2023 Container 1 did not contain any LED monitors, but instead was filled with approximately 10,500,000 contraband cigarettes.



*Figure 5*



*Figure 6*

17. Law enforcement sent samples of the cigarettes found in the August 2023 Container 1 to a laboratory operated by the purported manufacturer of the seized cigarettes. The manufacturer tested the seized cigarettes and determined that they were counterfeit.

18. Subsequently, the August 2023 Container 1 was transported to a self-storage facility in or around Brooklyn, New York (the "Brooklyn Facility"). During surveillance of the Brooklyn Facility, law enforcement saw several people unload cigarettes and place them in storage units rented from the Brooklyn Facility.

19. Company-2 has no knowledge of the August 2023 Container 1.

*The August 2023 Container 2*

20. In or around August 2023, a second container numbered YMLU9018257 (the "August 2023 Container 2") arrived at the Port of Newark. According to customs documents filed for the August 2023 Container 2, the contents were personal weight machines destined for Company-3. The customs documents also listed Company-3's Purported E-mail.

21. An inspection by law enforcement revealed that the August 2023 Container 2 did not contain any personal weight machines, but instead was filled with approximately 11,242,000 of non-manifested Chinese-brand cigarettes.



*Figure 7*

22. Company-3's Purported E-mail was created on or about March 27, 2023, and like Company-1's Purported E-mail and the Company-2 Purported Email, utilized an IP address associated with the Upper Saddle River Address to both create and subsequently access Company-3's Purported E-mail.

23. However, Company-3 does not use or recognize Company-3's Purported E-mail and had no knowledge the August 2023 Container 2.

24. Law enforcement investigation revealed that YIN had contact a customs broker regarding the August 2023 Container 2.

*The September 2023 Container*

25. In or around September 2023, a container numbered KOCU4183858 (the "September 2023 Container") arrived the Port of Newark. According to customs documents filed for the September 2023 Container, the contents were LED monitors destined for Company-2. The customs documents also listed Company-2's Purported E-mail.

26. However, inspection by law enforcement revealed that the September 2023 Container contained approximately 6,120,000 non-manifested Newport cigarettes.



*Figure 8*



*Figure 9*

27. Law enforcement sent samples of the cigarettes found in the September 2023 Container to a laboratory operated by the purported

manufacturer of the seized cigarettes. The manufacturer tested the seized cigarettes and determined that they were counterfeit.

28. Subsequently, the September 2023 Container was transported to a self-storage facility in or around Queens, New York (the "Queens Facility"). Surveillance footage obtained from the Queens Facility showed several people unload cigarettes and place them in storage units rented from the Queens Facility.

29. Information obtained by law enforcement revealed that Company-2's Purported E-mail was used to facilitate the importation of the March 2023 Container, the August 2023 Container 1, and the September 2023 Container (collectively, the "Company-2 Containers"). Specifically, Company-2's Purported E-mail had sent various forms associated with the Company-2 Containers including packing lists, signed customs Powers of Attorney and Importer Security Filing. Additionally, Company-2's Purported Email had emailed to customs broker showing payment of United States Postal Money Orders for each of the Company-2 Containers.

30. Company-2 denied having any knowledge of or involvement with the Company-2 Containers.

*The June 2024 Container*

31. In or around June 2024, a container numbered WHSU5010538 (the "June 2024 Container") arrived at the Port of Newark. According to customs documents filed for the June 2024 Container, the contents were personal weight machines destined for Company-4. The customs documents also listed Company-4's Purported E-mail.

32. Inspection by law enforcement revealed that the June 2024 Container contained approximately 886,800 non-manifested, contraband cigarettes.



*Figure 10*



*Figure 11*

33. The Newport cigarettes from the June 2024 Container listed an identical serial number as the Newport cigarettes found in the September 2023 Container, which laboratory testing confirmed were counterfeit. Additionally, law enforcement sent samples of the cigarettes found in the June 2024 Container to a laboratory operated by the purported manufacturer of the seized cigarettes. The manufacturer tested the seized cigarettes and determined that they were counterfeit.

34. Law enforcement determined that an IP address associated with the Upper Saddle River Address had been used to access Company-4's Purported E-mail.

*Facilitating the Import of Counterfeit and Illicit Cigarettes*

35. YIN facilitated the importation of the containers containing illicit and/or counterfeit cigarettes described above, in part, by paying customs brokers fees associated with the importation and successful entry of these containers.

36. For example, on or about March 27, 2023, surveillance footage from a bank in Montvale, New Jersey depicted YIN depositing a United States Postal Money Order, which he used to pay approximately $403.64 to a customs broker based in Miami in relation to the March 2023 Container.



*Figure 12*

37. On or about August 4, 2023, surveillance footage from a bank in Saddle River, New Jersey depicted YIN depositing approximately $403.64 to pay a customs broker based in Miami for services provided in relation to the August 2023 Container 1.



*Figure 13*

38. On or about September 7, 2023, surveillance footage from a bank in Saddle River, New Jersey depicted YIN depositing a United States Postal Money

Order which he used to pay approximately $403.64 to a customs broker based in Miami for services provided in relation to the September 2023 Container.



*Figure 13*

*Communications Between the Conspirators*

39.     Pursuant to a lawfully-obtained search warrant, law enforcement reviewed communications between the Conspirators discussing the importation of some of the shipping containers discussed above.[1]

40.     For example, YIN received a message from a contact in his phone listed as "Linda," who law enforcement believes to be WU. WU asked YIN if Company-2's Purported E-mail had been created. YIN responded in the affirmative and with the Company-2 Purported Email and a suspected password.

41.     On January 27, 2023, YIN conveyed to WU that goods belonging to "Brother Ming" would be arriving that day and indicated that he would need to send a money order. Law enforcement believes "Brother Ming" to be a reference to the intended recipient of the contraband cigarettes.  The January 2023 Container arrived at the Port of Baltimore that same day.

42.      On March 27, 2023. YIN conveyed to WU that he had to pay customs for Brother Ming's cargo which would be arriving shortly. Later that day, surveillance footage depicted in *Figure 12* shows YIN paying duties associated with the March 2023 Container.

43.     Additionally, YIN had frequent contact with an individual "Zheng," who law enforcement believes is a reference to ZHENG. These conversations indicate the YIN and ZHENG lived in the same home. YIN also sent to ZHENG information relating to Company-1's Purported E-mail and Company-2's

---

[1] The communications summarized below were conducted in Chinese. The communications were reviewed by law enforcement personnel fluent in Chinese as well as language translation software.

Purported E-mail, as well as information related to the containers imported under the names of Company-1 and Company-2.

44.   Around the date the January 2023 Container arrived in the United States, ZHENG sent YIN the address of the Brooklyn Facility. Shortly, thereafter YIN responded with a stock image of Marlboro Menthol cigarettes.

45.   Around the time of arrival for the August 2023 Container 1, YIN sent ZHENG a message identifying fees associated with Brother Ming's goods and asked for advice about paying.  ZHENG instructed YIN to pay the fees directly.

46.   In total, law enforcement estimates that the Conspirators have facilitated the importation of at least approximately 56 million cigarettes with an estimated domestic value of at least approximately $18 million. At least approximately $2.8 million in federal exercise taxes, which would have been due on those cigarettes if they had been declared, were not paid.