**UNITED STATES DISTRICT COURT**
**FOR THE District of New Jersey [LIVE]**
**Newark, NJ**


UNITED STATES OF AMERICA

                          Plaintiff,

v.                                          Case No.: 2:25−mj−16068−JRA
                                            Magistrate Judge Jose R. Almonte

ZIJIE YIN, et al.

                          Defendant.


**ORDER APPOINTING PUBLIC DEFENDER**


   The financial inability of the defendant to retain counsel and having been established by the Court, and the defendant not having waived the appointment of counsel,
        **IT IS** on this 23rd day of April, 2025,
     **ORDERED** that CAROL DOMINGUEZ from the office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant in the cause until further order of the Court.


                                            s/ Magistrate Judge Jose R. Almonte
                                            ─────────────────────────────
                                            United States Magistrate Judge