# UNITED STATES DISTRICT COURT

**DISTRICT OF NEW JERSEY**

---

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**LINDA WENXIN WU,**
**MINGWEN ZHENG, and**
**ZHONG WU,**

    Defendants.

Docket No.: 2:25-mj-16068 - JRA

---

## MOTION FOR TEMPORARY RESTRAINING ORDER AND NO-CONTACT / STAY-AWAY CONDITION OF RELEASE

**(Proposed Order Attached)**

**Filed**: October 27, 2025

**To**: The Honorable José R. Almonte, U.S. Magistrate Judge

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that the undersigned, on behalf of the victim Zijie Yin, respectfully moves this Court pursuant to 18 U.S.C. § 3142(c)(1)(B), Federal Rule of Criminal Procedure 46, and the Court's inherent authority to impose or modify conditions of pretrial release, for the entry of an order imposing the following protective conditions upon the defendants: Defendants:

- **Linda Wenxin Wu**, currently on pretrial release under Case No. 25-mj-16068 (D.N.J.), last known residence in the State of New Jersey;
- **Mingwen Zheng**, currently on pretrial release under Case No. 25-mj-16068 (D.N.J.), last known residence in the State of New Jersey;

- **Zhong Wu**, currently on pretrial release under Case No. 25-mj-16068 (D.N.J.), last known residence in the State of New Jersey.

Service of this motion and proposed order shall be made to the defendants at their addresses of record as maintained by the U.S. District Court for the District of New Jersey and the U.S. Pretrial Services Office.

The movant respectfully requests the Court to impose the following conditions:

1.      That defendants **LINDA WENXIN WU**, **MINGWEN ZHENG**, and **ZHONG WU** shall have no contact, direct or indirect, with Zijie Yin or any member of his immediate family;

2.      That defendants shall remain at least 300 yards away from Yin's residence, workplace, or any other location he is known to frequent;

3.      That defendants shall not possess firearms, weapons, or dangerous instruments, and shall surrender any such items as directed by law enforcement;

4.      That defendants shall cease all demands, threats, or collection attempts related to any alleged debts or payments from Yin or his family, including through third parties acting on their behalf;

5.      That defendants shall not publish or disseminate any statements, messages, or images concerning Yin or his family—whether in print, electronic, or online form; and

6.      That this Court may impose any additional conditions it deems necessary to ensure the safety of any person or the community pursuant to § 3142(c)(1)(B)(v).

In support of this motion, the movant relies upon the accompanying Certification and Memorandum of Law, relevant Pretrial Services reports, and any evidence or exhibits submitted herewith.

/s/ Qi Men
ID. 464912025
YK Law LLP
333 Sylvan Ave, suite 107
Englewood Cliffs, NJ 07632
qmen@yklawnj.com
347-341-1273